COPY

1  THOMAS P. BROWN (S.B. #182916)
   tbrown@omm.com
2  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA 94111-3823
   Telephone: (415) 984-8700
5  Facsimile: (415) 984-8701

6  Attorneys for Defendants
   Bill Me Later, Inc., eBay Inc., and PayPal,
7  Inc.

8

FILED
2010 JUN 17 AM 11:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KYLE SAWYER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BILL ME LATER, INC., EBAY INC., PAYPAL, INC., and DOES 1-100,<br><br>Defendants. | Case No. CV10 4461 SJO (JCGx)<br><br>**CERTIFICATION AS TO INTERESTED PARTIES (CIVIL L.R. 7.1-1)** |

CERTIFICATION AS TO INTERESTED PARTIES

     Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for eBay Inc., Bill Me Later, Inc., and PayPal, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal.

     CIT Bank, a state-chartered bank in Utah, is the lender identified in the contract that Mr. Sawyer claims violates California law, and its interests in that contract, including its ability to sell the receivables associated with that contract, could be substantially affected by the outcome of this proceeding.

Dated:   June 16, 2010

O'MELVENY & MYERS LLP

By: _____
Thomas P. Brown

Attorneys for Defendants
Bill Me Later, Inc., eBay Inc., and PayPal, Inc.

SF1:796816