JEFF D. FRIEDMAN (173886)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

STEVE W. BERMAN (*Pro Hac Vice*)
CRAIG R. SPIEGEL (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KYLE SAWYER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BILL ME LATER, INC.; EBAY INC., PAYPAL, INC., and DOES 1-100,<br><br>Defendants. | No. CV-10-4461 SJO (JCGx)<br><br>DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF JOINT STIPULATION RE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS' PRIVILEGE LOG<br><br>DATE:  September 20, 2011<br>TIME:   2:00pm<br>DEPT:   Courtroom A, 8th Floor<br>JUDGE: Hon. Jay C. Gandhi<br><br>Date Action Filed:  May 21, 2010<br>Court Removed:       June 17, 2010 |

010133-12  469255 V1

I, SHANA E. SCARLETT, declare as follows:

1. I am a member of the law firm of Hagens Berman Sobol Shapiro LLP, counsel of record for Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On August 9, 2011, the parties met and conferred regarding Defendants' Privilege Log.

3. During the meet and confer, Plaintiff asked whether Defendants and the various third parties to whom purportedly privileged documents were disclosed had signed confidentiality agreements or joint defense agreements. Defendants failed to respond.

4. When Plaintiff challenged Defendants' claimed privilege over documents on the grounds that the documents were "used to provide legal advice," Defendants did not assert that their entries were included as a mistake, but confirmed their belief that documents transmitted from an attorney to its client are privileged, regardless of whether the document itself is privileged.

5. During the meet and confer, Plaintiff indicated that he did not seek to know about "the fact of the transmission" of any underlying non-privileged document, but merely seeks the non-privileged documents themselves.

6. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Order Regarding Discovery and Briefing Schedule, dated March 30, 2011;

Exhibit B:   Letter of Shana Scarlett to Katherine Robison Re Privilege Log, dated August 1, 2011;

Exhibit C:   Letter of Katherine Robison to Shana Scarlett Re Privilege Log, dated August 9, 2011;

- 1 -

010133-12  469255 V1

1     Exhibit D:   Letter of Katherine Robison to Shana Scarlett Re Privilege Log,
2                       dated August 12, 2011;

3     Exhibit E:   Defendants' Revised Privilege Log, dated August 12, 2011;

4     Exhibit F:   Page Excerpt from Promontory Financial Group's Official
5                       Website at http:// www/promontory.com;

6     Exhibit G:   Page Excerpt from Treliant Risk Advisors' Official Website at
7                       http:// www.treliant.com;

8     Exhibit H:   Excerpts from Defendants' Privilege Log, dated July 15, 2011;
9                       and

10    Exhibit I:    Defendant Bill Me Later, Inc.'s Response to Plaintiff's First Set
11                      of Requests for Production of Documents, dated February 28,
12                      2011.

13        I declare under penalty of perjury under the laws of the United States that the
14 foregoing is true and correct.

15        Executed this 25th day of August 2011, at Berkeley, California.

16

17                                               /s/ Shana E. Scarlett
18                                         SHANA E. SCARLETT

19

20

21

22

23

24

25

26

27

28

010133-12 469255 V1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on August 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                                                  /s/ Shana E. Scarlett  
                                                                                 SHANA E. SCARLETT

010133-12  469255 V1

# Mailing Information for a Case 2:10-cv-04461-SJO-JCG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Thomas P Brown**
  tbrown@omm.com,krobison@omm.com,phsue@omm.com,bllyr@omm.com,rgonzalez@omm.com,dbordessa@omm.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,LoriH@hbsslaw.com,JenniferB@hbsslaw.com

- **Sean A Commons**
  scommons@sidley.com

- **Randall W Edwards**
  redwards@omm.com,sdrucker@omm.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Mark E Haddad**
  mhaddad@sidley.com

- **Amanda Victoria Lopez**
  alopez@sidley.com

- **Katherine M Robison**
  krobison@omm.com

- **Shana E Scarlett**
  shanas@hbsslaw.com,jand@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Johari Nailah Townes**
  jtownes@sidley.com,topowell@sidley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`