1 THOMAS P. BROWN (S.B. #182916) tbrown@omm.com
RANDALL W. EDWARDS (S.B. #179053) redwards@omm.com
2 KATHERINE M. ROBISON (S.B. #221556) krobison@omm.com
O'MELVENY & MYERS LLP
3 Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
4 Telephone: (415) 984-8700
Facsimile: (415) 984-8701
5
Attorneys for Defendant
6 Bill Me Later, Inc., eBay Inc.; PayPal, Inc.

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11

| 12 KYLE SAWYER, Individually and on behalf of all others similarly 13 situated, | Case No. CV-10-4461 SJO (JCGx) |
|---|---|
| 14 Plaintiff, | **DEFENDANTS' JOINDER TO DEFENDANT WEBBANK'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)** |
| 15 v. | |
| 16 BILL ME LATER, INC., EBAY INC., PAYPAL, INC., and 17 DOES 1-100, | Hearing Date: October 24, 2011<br>Time: 10:00 a.m.<br>Dept.: Courtroom 1<br>Judge: Hon. S. James Otero |
| 18 Defendants. | Date Filed: May 21, 2010 |

19
20
21
22
23
24
25
26
27
28

1  Defendants agree that plaintiff Kyle Sawyer has not stated a valid claim in
2  this action and therefore join in WebBank's request to dismiss the action, *see*
3  Docket No. 141.
4
5  Dated:   October 4, 2011                    O'MELVENY & MYERS LLP
6                                              By:  */s/Thomas P. Brown*
                                                    Thomas P. Brown
7                                               Attorneys for Defendants
                                                Bill Me Later, Inc.; eBay, Inc.; PayPal
8                                               Inc.
9
10
11 OMM_US:70084374.1
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28